# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| FRANCESCA V. GURECKA, TRUSTEE OF THE ALBA N. VALLI IRREVOCABLE TRUST, | : | No. 94 WAL 2017 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ROBERT W. CARROLL AND HOLLY LACEY CARROLL, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.